AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  **25mj3081** |
| Thomas Clark Agee | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 9, 2025 _____ in the county of _____ Bernalillo _____ in the _____ District of _____ New Mexico _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §875(c) | Transmission in interstate or foreign commererce any communication containing any threat to injure the person of another |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Marie Sullivan*
*Complainant's signature*

Marie Sullivan, FBI Task Force Officer
*Printed name and title*

Sworn to before me by telephone or other reliable electronic means.

Date:  _____ August 4, 2025 _____

_____
*Judge's signature*

City and state:  _____ Albuquerque, NM _____

The Honorable Laura Fashing, US Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Criminal No. _____ |
| | ) | |
| **THOMAS CLARK AGEE**, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Marie Sullivan, being first duly sworn, hereby depose and state:

## INTRODUCTION AND BACKGROUND OF THE AFFIANT

1.  I make this affidavit in support of a criminal complaint charging Thomas Clark Agee (AGEE) (year of birth 1963), with a violation of 18 U.S.C. §875(c), which prohibits the transmission in interstate or foreign commerce of any communication containing any threat to kidnap any person or any threat to injure the person of another.

2.  I am a Detective with the Albuquerque Police Department assigned as a Task Force Officer with the Federal Bureau of Investigation (FBI), United States Department of Justice. I am a sworn law enforcement officer and a deputized agent.  I have served as an Officer, Senior Police Officer, and Detective with the Albuquerque Police Department since 2009 and have been assigned as a Task Force Officer to the FBI since November 2017. I am therefore authorized to investigate federal criminal offenses. I am currently a member of the Guardian Squad of the Albuquerque Division of the FBI which investigates threats of violence involving federal jurisdiction. I have received on the job training from other experienced

agents and detectives in the investigations of violent crimes. My investigative training and experience include, but are not limited to, conducting surveillance, interviewing subjects, victims, and witnesses, writing affidavits for and executing search and arrest warrants, managing cooperating sources, issuing subpoenas, collecting, examining and exploiting physical and digital evidence, conducting threat assessments, crisis intervention expertise and analyzing public records.

3.   The statements contained in this affidavit are based upon my investigation, training and experience, and information provided by other law enforcement officers or from other reliable sources. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause to support a criminal complaint against Thomas Clark Agee, in violation of 18 USC § 875(c).

## PROBABLE CAUSE

4.   On approximately July 9, 2025, I was contacted by the Bernalillo County District Attorney's Office regarding a number of harassing and threatening emails that AGEE had sent to an employee of their office, Jane Doe 1 (DOE1).[1]

5.   According to the emails DOE1 has received and information gathered in subsequent interviews with AGEE, AGEE appears to believe that he was defrauded by an individual (John Doe (DOE2))[2] of $33,000, and is unhappy that the Bernalillo County District

---

[1] The victims' full names and identities are known to law enforcement but anonymized here in order to protect the ongoing investigation as well as to ensure the victims' safety.
[2] Again, this individual's full name and identity is known to law enforcement but anonymized here to protect individual privacy related to an unadjudicated claim.

Attorney's Office has not prosecuted DOE2 for the offense. As a result, AGEE has flooded

the office with countless emails criticizing everything from the appearance of District

Attorney's Office employees to their competence.

6. Most of these emails, while harassing in nature, do not rise to the level of threats to injure

under federal law.  However, AGEE sent an email to DOE1 on July 9, 2025, at 7:13 AM

MST, in which AGEE threatened to commit first-degree mass murder to "teach law

enforcement a lesson."  That email, which came from Hotmail account user "Tom Agee" via

email address ageetom@hotmail.com, to an office email account used by DOE1, stated

(emphasis added):

> "Dear [DOE1],
>
> Law Enforcement is hell bent on teaching Thomas C. Agee a Lesson, to teach Tom Agee
> that he needs to lose $33,000 over his own stupidity, and that [DOE2] gets away with not
> having to pay Thomas C. Agee his $33,000 back.
>
> **[DOE1], maybe I need to teach Law Enforcement a Lesson? What about consciously
> being violent. Running Down a bunch people, or doing some type of mass robbery?**
>
> **What is Law Enforcement going to say if I consciously murder a bunch of people in
> the 1st degree?**
>
> [DOE1], I never ever ever would have sent that money to [DOE2] if I thought the matter
> would end up the way that has ended up.
>
> Law Enforcement keeps pointing the finger at me, all this wooda coulda shoulda. I do not
> have a crystal ball to protect the future.
>
> Yes [DOE1] I was very stupid to send that money to [DOE2]. All Law Enforcement says
> to me is "You Sent the Money", your stupid for sending the money. Yes [DOE1] I was
> stupid. I admit that I was stupid.
>
> **Tell me [DOE1], what is Law Enforcement going to say to the victims' families if
> Thomas C. Agee Commits 1st degree murder?**
>
> Oh well we were trying to teach Mr. Agee a lesson for being stupid, not getting his
> $33,000 back, we felt Mr. Agee needed to be taught a lesson for being stupid so we made
> no attempt at charging [DOE2] with 2nd degree fraud because we felt it was more
> important to teach Mr. Agee a lesson for being stupid.
>
> **[DOE1], how are the families of the victims that Thomas Agee murdered in the 1st
> degree going to feel when The Cops tell the families that they were just trying to**

3

**teach Mr. Agee a Lession by not Charging [DOE2] with 2nd degree fraud.** We wanted to punish Mr. Agee by not getting his $33,000 back.

[DOE1] if I knew what a criminal bastard, fraudster, con [DOE2] really was I never would have sent him any money. This was not done on purpose.

**Obviously, I need to teach Law Enforcement a lesson by consciously committing a violent crime on purpose, because Law Enforcement needs to be taught a lesson. Let the Police Officers explain to the families of their murdered loved ones that Thomas C. Agee murdered that they were fighting crime by teaching Thomas C. Agee a lesson on stupidity.**

Thank You Very Much [DOE1], I think you are a very nice person, very understanding, I really enjoyed talking to you on the phone, you really are a very very very kind person. I will always remember you for being kind and nice.

*Thomas C. Agee, Wednesday July 09, 2025, Albuquerque, New Mexico 87121"*

7. On July 9, 2025, members of the Albuquerque Police Department Crisis Intervention Team interviewed AGEE at his residence, during which he was evaluated by a licensed mental health clinician. During that interview, Albuquerque Police Detectives questioned AGEE about threatening statements made in his emails to DOE1. Officers posed multiple lines of questioning to determine if AGEE intended to kill people. AGEE provided responses including the following statements:

    a. "No. No, no, no, no. Because I had this …awful thought that you guys are not gonna get my money back."

    b. "I seriously, I don't wanna kill people. I want my money back."

    c. "I don't think so cause I think you guys are going to do your job."

    d. "No. I plan on waiting for you guys to do your job and get me my money back. That's what I'm waiting on."

    e. "No I wouldn't kill people. But you know what? I'm glad that's on the record so that at least it is known that even though it's something that some may argue I

should do, I wouldn't do because I wouldn't want to give law enforcement the satisfaction. But at least they do know, you know, that I put that in writing."

    f.  "I'm not gonna kill somebody if I don't get my money."

*(Note: Quotations obtained from unofficial transcript of APD on body recording device videos)*

8.  Following AGEE's interview on July 9, AGEE was transported to University of New Mexico (UNM) Mental Health Hospital for a mental health evaluation. UNM Mental Health Hospital released him on the same date.  Also on that date, AGEE immediately resumed sending emails to DOE1 upon release from the hospital.

9.  One of these additional emails, sent on July 9, 2025, at 9:16 AM MST from AGEE's same Hotmail account to DOE1, included a YouTube link to a video report of a vehicular murder in Vancouver, stating (emphasis added):

    a.  **"A devastating car-ramming attack shattered a vibrant Filipino festival in Vancouver, leaving 11 people dead, including a child, and dozens injured. The suspect,..**

        Hello [DOE1], My landlord Remigio V. Infante of 17 years, live in tenant in California, and New Mexico. I get along ok with Rey Infante. I am his driver because he is afraid to drive on the freeway. He has been a great landlord of 17 years; we get along well. Rey Infante is a Filipino. Rey Infante is a good landlord.

        Thank You [DOE1]

        Thomas C. Agee-Wednesday July 9, 2025, Albuquerque, NM 87121

        Source: YouTube

        https://share.google/P9DkR8wJXIjPHTV2I"

10.  On July 31, 2025, I interviewed DOE1, who reported that AGEE has continued to contact her via email and telephone even after a representative from her office sent AGEE an email on July 9, 2025, which advised AGEE to cease contact with DOE1 following the receipt of

the email correspondence described in detail in this criminal complaint. Post-admonishment, AGEE has continued to send numerous emails to DOE1.

11. DOE1 expressed fear and anxiety as result of the emails received from AGEE. As a result, DOE1 altered her pattern of life by changing the gym she attended, having coworkers escort her to her vehicle after work, and driving alternate routes on her commute home from work.

12. On July 31, 2025, at 10:34 PM MST, AGEE sent an email from his Hotmail account to an email account used by a District Attorney's Office Agent, Justin Trebitowski, at Justin.Trebitowski@da2nd.nm.gov. DOE1 and an APD Crisis Intervention Unit Detective were also included as recipients of this email. The body of the email contained evidence that AGEE was conducting research on Trebitowski, including obtaining his home zip code and market value, his income amount, his marital status, age and year of birth and zodiac sign. The body of the email also contained the following statements:

    a. **"Your job is to arrest (or have someone else arrest) [DOE2] and if [DOE2] resists arrest, you smash his head on the cement, and if he tries to grab for your gun, you pull out your gun and shoot [DOE2] in the head. You are in fear of your life Mr. Trebitowski, and if [DOE2] dies, it isn't your fault, it's [DOE2'S] fault for resisting arrest."**

    b. **"Mr. Trebitowski, you get paid… so that people don't have to "take the Law into their own hands""**

    c. **"Mr. Trebitowski, "Stonewalling", does not make anything "go away", it just festers and gets worse."**

    **d.** **"Mr. Trebitowski, ignoring stuff, and hoping it goes away doesn't work. It doesn't work with me, I am the wrong guy to ignore. Ignoring stuff is the worst thing you want to do."**

    **e.** **"Mr. Trebitowski, when I have a personal matter, I call the police, I do everything that I am supposed to do. You get paid $142,363 a year so that I don't have to take the law into my own hands, and you get paid to smash [DOE2'S] head onto the concrete pavement, put him in a chokehold, shoot him in the face with your gun if he resists arrests. Sincerely Yours, Thank You, Thomas Clark Agee, Albuquerque, New Mexico, 87121"**

13. On August 1, 2025, at approximately 4:58 PM MST, I was notified by Justin Trebitowski that he received a blocked call on his personal cellular telephone. He answered the call. The caller was AGEE. Trebitowski had not provided his personal cellular number to AGEE, nor did he ever authorize AGEE to contact him via Trebitowski's personal cellular telephone. Trebitowski had no knowledge as to how AGEE obtained his cellular number. AGEE appears to be escalating his communications with District Attorney's Office employees.

## Federal Nexus

14. Regarding the interstate nature of the Hotmail email and content, Hotmail email service provider was acquired by Microsoft in 1997 and continues to be a service provider owned by Microsoft Corporation. Based on my training and experience, I know that many tech companies like Microsoft, Inc. utilize data centers distributed across the globe to ensure the speed and availability of their customer's data. In my training and experience, when data is transmitted using Microsoft's online platforms, the data is transmitted across multiple

interstate or international boundaries and is stored on redundant servers as part of Microsoft Corporation's normal course of business. I further believe that Microsoft does not maintain servers in the state of New Mexico and therefore, any email sent from within New Mexico is don't so by corresponding with a server across state lines.

15. When an email is sent, metadata is captured in the email's header. This metadata depicts the route an email takes from the sender, transversed through servers, to the location of the email recipient. This metadata can be analyzed using open-source header analysis tools to reveal the path of travel of the email. The metadata from the header of AGEE's July 9 email transmitting his threats to DOE1 was analyzed using open-source header analysis tools. The analysis determined the email transmission passed through Microsoft servers outside of New Mexico. Therefore, I believe that any message sent, received, or viewed by AGEE using Microsoft's online platforms necessarily affects interstate or foreign commerce. Further, the electronic devices used by Agee to transmit emails were not manufactured within in the District of New Mexico. The emails sent by Agee and the devices used constitute a means of interstate commerce.

16. Based on the aforementioned facts, I respectfully submit that there is probable cause to believe that Thomas Clark Agee transmitted in interstate or foreign commerce a communication which a reasonable person would believe to be a threat to injure the person of another, in violation of Title 18 United States Code, Section 875(c). This violation occurred in Bernalillo County in the District of New Mexico.

17. This affidavit for criminal complaint has been reviewed and approved by Assistant United States Attorney Eliot Neal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge.

*Marie Sullivan*

Marie Sullivan
Task Force Officer
Federal Bureau of Investigation

Sworn to before me by telephone or other reliable electronic means. On August 4, 2025.

The Honorable Laura Fashing
United States Magistrate Judge
Albuquerque, New Mexico